UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lashify, Inc., <br><br>  Plaintiff, <br><br>  v. <br><br> Urban Dollz LLC d/b/a Urban Doll, <br><br> Sima Mosbacher, <br><br> Christopher Simonian d/b/a Doll House LLC, <br><br>  Defendants. | Case No.: CV 22-6148-GW-AFMx <br><br> **PRELIMINARY INJUNCTION ORDER** |

Upon the Court's due consideration of the First Amended Complaint filed by plaintiff Lashify, Inc. ("Lashify"), the briefing and oral argument on Lashify's Motion for a Preliminary Injunction (Dkts. 25-1, 26, 27, 52, 47-1, 56, 70) (the "Motion"), and for the reasons set forth in the Court's Tentative Ruling on Plaintiff's Motion for a Preliminary Injunction holding that the requirements for granting preliminary injunctive relief pursuant to Fed. R. Civ. P. 65 have been satisfied (Dkt. 63), **IT IS HEREBY ORDERED** that:

Defendant Urban Doll, and each of its officers, agents, servants, employees, and attorneys, and all persons who are in active concert or participation with Urban

Doll or its officers, agents, servants, employees, or attorneys and who have received actual notice of this Order by personal service or otherwise, are enjoined from any and all trademark use of Lashify's registered BONDAGE trademark (Reg. No. 6,065,731), including without limitation the use of the marks "BONDAGE" and "NOIR BONDAGE," on or in connection with Urban Doll's goods and services related to artificial eyelashes and/or cosmetics for use on the eyes and eyebrows. This provision applies, without limitation, to trademark use of BONDAGE on any website (including, without limitation, www.urbandollzz.com and www.dollhouseglobal.com), social media platforms (including, without limitation, Facebook, Instagram, TikTok, Pinterest, YouTube, and Vimeo), marketing and advertising materials, product packaging, or on any product itself. For the avoidance of doubt, Urban Doll may refer to its artificial lash glue as "Noir Lash Bonding Agent" without violating this Order. Nothing in this Order prohibits Urban Doll from making proper, non-confusing use of descriptive terms necessary to identify and describe their products or from engaging in lawful comparative advertising.

Defendant Urban Doll shall provide notice and a copy of this Order to those bound by this Order pursuant to Federal Rule of Civil Procedure 65(d)(2), including but not limited to its current and future Brand Ambassadors.

This Order shall take effect within ten (10) days. Lashify is to post a bond with the Court in the amount of $90,000.

**SO ORDERED,** this 5th day of January, 2023.

_____
Hon. George H. Wu
United States District Judge